[No. 42639-1-II.   Division Two.   February 21, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DAVID COLLINS II, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 09-1-00014-8, Brian P. Altman, J., entered September 15, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 42645-5-II.   Division Two.   February 21, 2013.]

*In the Matter of the Marriage of* TRISHA ROBIN BRADLEY, *Respondent*, and FRANCIS THOMAS BRADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 06-3-00194-1, James W. Lawler, J., entered September 9, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 42876-8-II.   Division Two.   February 21, 2013.]

*In the Matter of the Detention of* E.M.H.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-6-00697-2, Joe M. Quaintance, J. Pro Tem., entered November 7, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Bjorgen, JJ.

[No. 43676-1-II.   Division Two.   February 21, 2013.]

*In the Matter of the Marriage of* LANNY G. ROSS, *Appellant*, and NADEZHDA L. ROSS, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-3-00045-3, Richard L. Brosey, J., entered May 9, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.